

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/28/2021

May 27, 2021

**Via ECF**

Hon. Mary Kay Vyskocil
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

      **Re:**   *Schivek v. Authentic Brands Group, LLC.*
            **No. 21 Civ. 1705 (MKV)**

Dear Judge Vyskocil:

We represent the Plaintiff in this matter. We write jointly with the Defendant to request adjournment of the Initial Pretrial Conference, currently scheduled for June 10, 2021, and adjournment of the Joint Letter and Proposed Case Management Plan, which is currently due on June 3, 2021 per Your Honor's Scheduling Order [DE# 9].

On May 10, 2021 this case was referred to mediation through the SDNY's ADR Program for counseled employment discrimination cases [DE # 10]. On May 26, 2021, the SDNY ADR Mediation Office assigned mediator Shira Forman to mediate this matter. The parties will be meeting with Ms. Forman on June 8, 2021 to finalize the format, date and time of the mediation by June 11, 2021.

As such, the parties jointly respectfully request that the Initial Pretrial Conference and due date for the Joint Letter and Proposed Case Management Plan be adjourned to a date after the mediation takes place in the event that the case does not resolve at mediation.

The parties intend to mediate in good faith, and make the requested adjournments in the interest of saving the parties the time and expense, and judicial economy.

This is the parties' first request for the adjournments set forth herein.

Thank you for Your Honor's consideration of this matter.

Granted. The IPTC is ADJOURNED to July 8, 2021 at 10 AM.
The joint letter is due one week before the conference.

Respectfully submitted,

Date:  May 28, 2021
New York, New York

Mary Kay Vyskocil
United States District Judge

Tana Forrester