

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/15/2021__

June 14, 2021

**Via ECF**

Hon. Mary Kay Vyskocil
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

> This request is GRANTED. The IPTC is ADJOURNED to August 5, 2021 at 11:30 AM. Joint letter, proposed CMP due July 29, 2021.
>
> Date: June 15, 2021
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

Re: *Schivek v. Authentic Brands Group, LLC.*
No. 21 Civ. 1705 (MKV)

Dear Judge Vyskocil:

We represent the Plaintiff in this matter. We write jointly with the Defendant to request adjournment of the Initial Pretrial Conference, currently scheduled for July 8, 2021, and adjournment of the Joint Letter and Proposed Case Management Plan, which is currently due on July 1, 2021, per Your Honor's Scheduling Order [DE# 12].

On May 10, 2021, this case was referred to mediation through the SDNY's ADR Program for counseled employment discrimination cases [DE # 10]. On May 26, 2021, the SDNY ADR Mediation Office assigned mediator Shira Forman to mediate this matter. The mediation has been scheduled for July 8, 2021 at 10:15 am.

As such, the parties jointly respectfully request that the Initial Pretrial Conference and due date for the Joint Letter and Proposed Case Management Plan be adjourned until three weeks after the scheduled mediation, to allow the parties to continue post mediation negotiation if necessary.

The parties intend to mediate in good faith, and make the requested adjournments in the interest of saving the parties the time and expense, and judicial economy.

This is the parties' second request for the adjournments set forth herein.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

*Tana Forrester*
Tana Forrester

KESSLER MATURA P.C. | 534 Broadhollow Road, Suite 275, Melville, New York 11747 | Tel 631.499.9100 | Fax 631.499.9120
www.kesslermatura.com