USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/12/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIELLE J. SCHIVEK,

          Plaintiff,

-against-

AUTHENTIC BRANDS GROUP, LLC,

          Defendant.

21-cv-1705 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a report from the mediator informing the Court that the parties have reached agreement on all issues in this case [ECF #15]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by August 11, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: July 12, 2021
      New York, NY

                                  _____
                                  **MARY KAY VYSKOCIL**
                                  **United States District Judge**